**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY in its capacity as indenture trustee for the Noteholders of AAMES Mortgage Investment Trust 2005-2, a Delaware statutory trust,<br><br>      Plaintiff,<br><br>      v.<br><br>ROGER THOMAS WESTGATE and ANTONIA E. WESTGATE,<br><br>      Defendants. | CIVIL ACTION NO. 3:CV-12-1692<br><br>(JUDGE CAPUTO) |

## **ORDER**

    **NOW**, this 3rd day of October, 2012, **IT IS HEREBY ORDERED** that the Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this order.  If the Plaintiff fails to do so, the action will be dismissed.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge