**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY in its capacity as indenture trustee for the Noteholders of AAMES Mortgage Investment Trust 2005-2, a Delaware statutory trust, | CIVIL ACTION NO. 3:CV-12-1692 (JUDGE CAPUTO) |
| Plaintiff, | |
| v. | |
| ROGER THOMAS WESTGATE and ANTONIA E. WESTGATE, | |
| Defendants. | |

## **ORDER**

**NOW**, this 3rd day of October, 2012, **IT IS HEREBY ORDERED** that the Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge